No. 85–641. HATCH ET AL. *v.* RELIANCE INSURANCE CO. C. A. 9th Cir. Certiorari denied.

No. 85–655. TEMPLEMAN *v.* CHRIS CRAFT CORP. C. A. 1st Cir. Certiorari denied.

No. 85–657. ROEHLER *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 85–665. PLEASANT VIEW ELEMENTARY SCHOOL PTA *v.* GROUP I DEFENDANTS ET AL. C. A. 4th Cir. Certiorari denied.

No. 85–669. AD HOC COMMITTEE FOR AKWESASNE RIGHTS *v.* REYNOLDS METALS CO. ET AL. C. A. 2d Cir. Certiorari denied.

No. 85–680. KOMOTO *v.* WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 85–682. BAIR, DIRECTOR, DEPARTMENT OF REVENUE OF IOWA *v.* TRAILER TRAIN CO. ET AL. C. A. 8th Cir. Certiorari denied.

No. 85–694. DOWTY *v.* PIONEER RURAL ELECTRIC COOPERATIVE, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 85–698. EL CID, LTD. *v.* NEW JERSEY ZINC CO. ET AL. C. A. 2d Cir. Certiorari denied.

No. 85–709. CAMPBELL *v.* ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 85–738. CHAMBERS *v.* KENTUCKY. Cir. Ct. Ky., Campbell County. Certiorari denied.

No. 85–739. ALLEN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 85–741. DAVIS ET AL. *v.* BETHLEHEM STEEL CORP. ET AL. C. A. 4th Cir. Certiorari denied.